UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AIMEE FORGEY,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C22-5467 JHC

**ORDER GRANTING MOTION TO EXCEED PAGE LIMIT**

    This matter is before the Court on Plaintiff's Motion to Exceed the Page Limit. Dkt. 9. Plaintiff requests permission to exceed the 18-page limit for her opening brief by six pages, based on the "complex legal argument and voluminous administrative record…." *Id*. The Court acknowledges that the administrative record includes over 2,500 pages, but as Plaintiff offers no reason as to why this case might be considered unusually complex, it is hereby ORDERED:

- Plaintiff shall have up to and including an additional three pages for the Opening Brief; and

- Defendant shall have the same amount of additional pages for the Responsive Brief.

    DATED this 10th day of November, 2022.

_____
John H. Chun
United States District Judge